UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares, U.S.D.J. |
| v. | : | Crim. No. 08-536-JLL |
| MARLON CLENISTA | : | CONTINUANCE ORDER |

This matter having been opened to the Court by defendant Marlon Clenista  (Patrick McMahon, Assistant Federal Public Defender, appearing), and Christopher J. Christie, United States Attorney for the District of New Jersey (Anthony J. Mahajan, Assistant U.S. Attorney, appearing) for an order granting a continuance of the proceedings in the above-captioned matter for sixty days, and the defendant being aware that he has the right to have the matter tried within seventy days of the filing date of the Indictment, pursuant to Title 18 of the United States Code, Section 3161(c), and the defendant having waived such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are in progress.  The successful completion of such negotiations may render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

1

WHEREFORE, it is on this _23rd_ day of _September_ 2008,

ORDERED that the proceedings in the above-captioned matter are continued from September 4, 2008, through November 4, 2008;

IT IS FURTHER ORDERED that the period between September 4, 2008, through November 4, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if the defendants intend to file motions, their motions shall be filed no later than _September 29, 2008;_

IT IS FURTHER ORDERED that any response by the Government to defendants' motions shall be filed no later than _October 13, 2008_

IT IS FURTHER ORDERED that oral argument as to any such motions shall be conducted on _October 27, 2008_ ; and

IT IS FURTHER ORDERED that the trial in this matter will commence on _November 3, 2008_

HONORABLE JOSE L. LINARES
United States District Judge

Requested and Agreed to by:

Patrick McMahon, AFPD

Anthony J. Mahajan, AUSA